**BRIAN C. LOWNEY**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front St., Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: brian.lowney@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 28 2026

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 26- 7 -M- DWM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | SEX TRAFFICKING OF A MINOR (Count 1)<br>Title 18 U.S.C. § 1591(a), (b), and (c)<br>Title 18 U.S.C. § 1594<br>(Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, not less than five years to lifetime supervised release, $5,000 special assessment) |
| BRANDON COLE STOLIBY, | |
| Defendant. | |
| | ATTEMPTED COERCION AND ENTICEMENT OF A MINOR<br>Title 18 U.S.C. § 2422(b) (Count 2)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, not less than five years to lifetime supervised release, $5,000 special assessment) |

|  | **TRANSPORATION OF CHILD PORNOGRAPHY (Count 3)**<br>**Title 18 U.S.C. § 2252(a)(2)**<br>(Penalty: Mandatory minimum five years to 20 years of imprisonment, $250,000 fine, not less than five years to lifetime supervised release, $5,000 special assessment, and $35,000 special assessment) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on or between March 2025 and April 2025, in Missoula, Silver Bow, and Yellowstone Counties, in the State and District of Montana, South Dakota, Indiana, and elsewhere, the defendant, BRANDON COLE STOLIBY, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means an individual, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe was under the age of 18 years old and having had a reasonable opportunity to observe Jane Doe, caused Jane Doe to engage in a commercial sex act, and attempted to do so, in violation of 18 U.S.C. §§ 1591(a), (b)(2) and (c), and 18 U.S.C. § 1594.

## COUNT 2

That on or between March 2025 and April 2025, in Missoula, Silver Bow, and Yellowstone Counties, in the State and District of Montana, South Dakota, Indiana, and elsewhere, the defendant, BRANDON COLE STOLIBY, knowingly used a means of interstate commerce, including the internet and a cellular phone, to

attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

COUNT 3

That on or between March 2025 and April 2025, in Missoula, Silver Bow, and Yellowstone Counties, in the State and District of Montana, South Dakota, Indiana, and elsewhere, the defendant, BRANDON COLE STOLIBY, knowingly transported any visual depiction, using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including a computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3