IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRANDON COLE STOLIBY,<br>Defendant. | CR 26-7-M-DWM<br><br>ORDER |

Defendant Brandon Stoliby has moved, without opposition from the United States, for leave to file under seal the psychological and psychosexual evaluation prepared by Michael J. Scolatti, Ph.D., dated October 1, 2026. (Doc. 55.) The evaluation discloses information concerning the minor victim and the Defendant's minor children. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the motion (Doc. 55) is GRANTED. The Clerk is directed to file the psychosexual evaluation under seal, and it shall remain sealed until further order of the Court.

DATED this 22nd day of October, 2026.

Donald W. Molloy, District Judge
United States District Court